IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SYDNEY MELISSA NAVARRO, | § | |
| | § | |
| Movant, | § | |
| | § | |
| VS. | § | NO. 4:16-CV-897-A |
| | § | (No. 4:13-CR-100-A) |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

FINAL JUDGMENT

In accordance with the court's order of even date herewith,

The court ORDERS, ADJUDGES, and DECREES that the motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence filed by Sydney Melissa Navarro be, and is hereby, dismissed for lack of jurisdiction.

SIGNED September 29, 2016.

_____
JOHN McBRYDE
United States District Judge